USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
:
UNITED STATES OF AMERICA        :  CONSENT PRELIMINARY ORDER OF
                                :  FORFEITURE/MONEY JUDGMENT
         -v.-                   :
                                :  13 Cr. 292 (ALC)
ANGELA CALVO-DISLA,             :
                                :
         Defendant.             :
                                :
------------------------------- x

WHEREAS, on or about March 1, 2013, ANGELA CALVO-DISLA (the "defendant"), was charged in a one-count Information, 13 Cr. 146, in the United States District Court, District of South Carolina, with theft of government funds, in violation of Title 18, United States Code, Sections 641 and 2 (Count One);

WHEREAS, pursuant to a Rule 20 transfer requested by the defendant, this matter was transferred to the Southern District of New York and assigned docket number 13 Cr. 292 (ALC);

WHEREAS, the Information included a forfeiture allegation as to Count One seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 21, United States Code, Section 853, wherein the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from any proceeds the defendant obtained, directly or indirectly, as the result of the violation in Count One and any and all property traceable to such property violation as alleged in Count One of the Information;

WHEREAS, on or about July 16, 2013, the defendant pled guilty to Count One of the Information and admitted the forfeiture allegation, pursuant to a plea agreement with the Government, wherein the defendant agrees to forfeit to the United States, pursuant to Title 18,

United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense charged in Count One of the Information and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in Count One of the Information, including a sum of money equal to $3,521,575.02 in United States currency;

WHEREAS, the defendant consents to a money judgment equal to $3,521,575.02 in United States currency;

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, United States of America, by its attorney Preet Bharara, United States Attorney, Assistant United States Attorney Carolina A. Fornos, of counsel, and the defendant, and her counsel, Oliver Storch, Esq. that:

1. As a result of the offense charged in Counts One of the Information, to which the defendant plead guilty, a money judgment in the amount of $3,521,575.02 in United States currency (the "Money Judgment") shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, ANGELA CALVO-DISLA, upon entry of this Order, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern

District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. Upon execution of this Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, the United States Department of Treasury shall be authorized to deposit the payments on the Money Judgment in the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 (e) of the Federal Rule of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Carolina A. Fornos, Chief of the Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[THIS SPACE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. A facsimile or electronic image of the original signature of any party executing this Consent Preliminary Order of Forfeiture/Money Judgment shall be deemed an original signature and shall constitute an original as against the party whose signature appears in the facsimile or electronic image.

AGREED AND CONSENTED TO:
PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____  7/16/2013
CAROLINA A. FORNOS                   DATE
Assistant United States Attorney Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
Office: (212) 637-2720
Fax: (212) 637-0421

ANGELA CALVO-DISLA

By _____  7-16-2013
ANGELA CALVO-DISLA                   DATE

By: _____  7/16/13
OLIVER STORCH, ESQ.                  DATE
Defendants Attorney
3005 Broadway, Suite 1001
New York, NY 10007

SO ORDERED:

_____  7-16-13
HONORABLE ANDREW L. CARTER JR.       DATE
UNITED STATES DISTRICT JUDGE

4