```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                DOCUMENT ELECTRONICALLY
- - - - - - - - - - - - - - - - - x          FILED
                                    :         DOC#: _____
UNITED STATES OF AMERICA            :         DATE FILED: 10-9-20
                                    :
         -v.-                       :         ORDER OF
                                    :         RESTITUTION
ANGELA CALVO-DISLA,                 :
                                    :         13 Cr. 292 (ALC)
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Carolina A. Fornos, Assistant United States Attorneys, of counsel; the presentence report; ANGELA CALVO-DISLA'S, conviction on Count One of the above Information and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** ANGELA CALVO-DISLA, the Defendant, shall pay restitution in the total amount of $3,521,575.02 to the victims of the offense charged in Count One. The name, address, and specific amount owed to the victims are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Joint and Several Liability**. Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this

matter, including but not limited to, ANGELA CALVO-DISLA. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

    3.    **Address for Restitution**. Restitution payments should be made to the address set forth in the Schedule of Victims.

Dated:    New York, New York
    ~~May    , 2014~~
    January 23, 2015

_____
HONORABLE ANDREW L. CARTER JR.
UNITED STATES DISTRICT JUDGE